THE PEOPLE ex rel. SIDNEY DILLON et al., Appellants, *v.* EDWARD GILON et al., composing the Board of Assessors, etc., Respondents.

(Argued February 1, 1887; decided February 11, 1887.)

*Truman H. Baldwin* for appellants.

*D. J. Dean* for respondents.

Agree to affirm ; no opinion.

All concur.

Order affirmed.